## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

**LIDIO CALZADILLA (#102417)**

                                   **CIVIL ACTION**

**VERSUS**

                                   **NO. 17-599-JWD-RLB**

**JASON KENT, ET AL.**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated June 20, 2018, to which no opposition was filed;

**IT IS ORDERED** that the defendants' Motion, (Doc. 8) is granted in part, dismissing the plaintiff's claims against defendants Dr. Robert Cleveland and Nurse Travis Day, and the plaintiff's claims against defendant Warden Kent in his official capacity, and in all other regards, the Motion is denied.

Signed in Baton Rouge, Louisiana, on <u>July 9, 2018</u>.

_____

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**