# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

**LIDIO CALZADILLA (#102417)**

**VERSUS**

**JASON KENT, ET AL.**

**CIVIL ACTION**

**NO. 17-599-JWD-RLB**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated January 15, 2019, to which an opposition was filed;

**IT IS ORDERED** that the defendants' Motion to Dismiss (R. Doc. 21) is granted in part, dismissing the plaintiff's claims against defendants Terry Gray and Jason, without prejudice, and dismissing the plaintiff's claim for retaliation against Dr. Cleveland and Nurse Day, with prejudice.

**IT IS FURTHER ORDERED** that the Court declines to exercise of supplemental jurisdiction in connection with the plaintiff's potential state law claims.

**IT IS FURTHER ORDERED** that in all other regards, the Motion to Dismiss (R. Doc. 21) is denied, and this matter is referred back to the Magistrate Judge for further proceedings.

Signed in Baton Rouge, Louisiana, on February 6, 2019.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**